IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER K. NAIFEH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:13-1259 JDB |
| | ) | JURY DEMAND |
| REELFOOT LAKE REGIONAL | ) | |
| UTILITY AND PLANNING DISTRICT, | ) | |
| TIM BUNCH, in his individual and | ) | |
| official capacity as Chairman of the | ) | |
| Board of Reelfoot Lake Regional Utility | ) | |
| and Planning District, JEAN TITTLE, | ) | |
| HAZLEEN GRIMES, and WAYNE | ) | |
| HATLEY in their individual and official | ) | |
| capacities as members of the Board of | ) | |
| Directors of Reelfoot Lake Regional | ) | |
| Utility and Planning District, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties to the action have filed a Stipulation of Dismissal with Prejudice, noting that they have resolved all issues in this action by way of compromise.

**IT IS THEREFORE, ORDERED** that this matter is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All parties will be responsible for their own attorney's fees and court costs.

This the 3rd day of June, 2014.

**s/ J. Daniel Breen**
J. DANIEL BREEN
CHIEF UNITED STATES DISTRICT JUDGE