# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

**CHRISTOPHER K. NAIFEH**

Plaintiff,

CASE NUMBER: 1:13-cv-1259-JDB/egb

v.

**REELFOOT LAKE REGIONAL UTILITY AND PLANNING DISTRICT, TIM BUNCH,** in his individual and official capacity as Chairman of the Board of Reelfoot Lake Regional Utility and Planning District, **JEAN TITTLE, HAZLEEN GRIMES,** and **WAYNE HATLEY** in their individual and official capacities as members of the Board of Directors of Reelfoot Lake Regional Utility and Planning District,

Defendants.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 6/3/2014, this matter is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All parties will be responsible for their own attorney's fees and court costs.

**APPROVED:**

s/J. Daniel Breen
Chief United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/Evelyn Cheairs**
**DEPUTY CLERK**